UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAZARIO CRUZ ALVAREZ,

        Plaintiff,

v.

KEVIN RAYCRAFT,

        Defendant.
_____/

Case No. 1:25−cv−01752−HYJ−RSK

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed the parties' stipulation for dismissal, **IT IS ORDERED** that the stipulation (ECF No. 13) is **GRANTED**. This action is **DISMISSED** without costs or attorneys' fees to any party.

IT IS SO ORDERED.

Dated:  December 19, 2025

    /s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge